IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK MCDONALD,
    Plaintiff,

Civil No. 2:14-CV-12216

v.

CAROLYN W. COLVIN,       HON. GEORGE CARAM STEEH
ACTING COMMISSIONER
OF SOCIAL SECURITY,
    Defendant.
_____

## JUDGMENT

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                          s/George Caram Steeh
                          GEORGE CARAM STEEH
                          United States District Judge

Dated: November 6, 2014